**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

In re: ALLIANCE MANAGEMENT SERVICES,  §     Case No. 16-31239
LLC                                   §
                                      §
                                      §
                                      §
　　　　　Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

　　　　　Michael E. Wheatley, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $371,647.02 | Assets Exempt: N/A |
| *(without deducting any secured claims)* | |
| Total Distributions to Claimants: $1,303,309.20 | Claims Discharged Without Payment: N/A |
| Total Expenses of Administration: $437,472.05 | |

　　　　　3) Total gross receipts of $1,740,781.25 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $1,740,781.25 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $2,731,349.33 | $915,581.50 | $915,581.50 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $442,347.05 | $437,472.05 | $437,472.05 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $222,669.94 | $222,669.94 | $222,669.94 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $0.00 | $4,264,246.87 | $4,108,266.44 | $165,057.76 |
| **TOTAL DISBURSEMENTS** | $0.00 | $7,660,613.19 | $5,683,989.93 | $1,740,781.25 |

4) This case was originally filed under chapter 11 on 04/15/2016, and it was converted to chapter 7 on 08/30/2016.  The case was pending for 58 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:    06/30/2021

By: /s/ Michael E. Wheatley

Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| A/R- AFL Network services Ap 17-03006 | 1121-000 | $280,000.00 |
| 2011 Ford Escape | 1129-000 | $3,500.00 |
| 2014 mitsubishi forklift | 1129-000 | $14,500.00 |
| Accounts Receivable | 1129-000 | $301,261.58 |
| Cecilian Bank Checking #0374 | 1129-000 | $50,705.53 |
| Citizens First Bank Checking | 1129-000 | $99,334.30 |
| Other  machinery, fixtures and equipment | 1129-000 | $14,485.00 |
| Vehicles, trucks and trailers | 1129-000 | $646,054.24 |
| Anthem BCBS unearned premium | 1229-000 | $385.81 |
| Scrap material | 1229-000 | $307.50 |
| worker comp premium refund | 1229-000 | $33.75 |
| A/P 18-03019 against Janet Ragland | 1241-000 | $17,500.00 |
| A/P 18-03021 Preference against Comstar, LLC | 1241-000 | $17,500.00 |
| AP 18-03018 preference against Rick Burchett | 1241-000 | $2,827.64 |
| Preference -JD Factors, LLC | 1241-000 | $14,800.00 |
| Preference JP Morgan Chase AP 17-03024 | 1241-000 | $55,969.65 |
| Preference- Moncom LLC Ap 17-03033 | 1241-000 | $23,000.00 |
| Preference- Oklahoma Tower & Energy AP 17-03034 | 1241-000 | $19,950.00 |
| Preference- Power Proz Construction AP 17-03025 | 1241-000 | $22,500.00 |
| Preference-CNI Services LLC AP 17-03035 | 1241-000 | $2,500.00 |
| Preference-Dolan Directional Drilling AP17-03036 | 1241-000 | $50,000.00 |
| Preference-MC Communications AP 17-03032 | 1241-000 | $9,000.00 |
| Preference-Triology Tower Services AP 17-03039 | 1241-000 | $40,000.00 |
| Preference-Vertex Financial, Inc | 1241-000 | $39,666.25 |
| A/P 18-03020 Preference action against DK BAst Foundation | 1242-000 | $15,000.00 |
| Adjustment to credit RDC deposit error | 1290-000 | $169,201.89 |
| Adjustment to credit RDC deposit Error | 1290-000 | $89,080.74 |
| to correct deposit error on 6.19.2017 | 1290-000 | -$258,282.63 |

**UST Form 101-7-TDR ( 10 /1/2010)**

| TOTAL GROSS RECEIPTS | $1,740,781.25 |
|---|---|

¹The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 19 | Chrysler Capital | 4210-000 | $0.00 | $21,849.43 | $21,098.88 | $21,098.88 |
| 20 | Curneal & Hignite Insurance, Inc. | 4210-000 | $0.00 | $368,334.46 | $0.00 | $0.00 |
| 23 | The Cecilian Bank | 4210-000 | $0.00 | $127,254.39 | $0.00 | $0.00 |
| 24 | The Cecilian Bank | 4210-000 | $0.00 | $71,023.98 | $27,268.42 | $27,268.42 |
| 25 | The Cecilian Bank | 4210-000 | $0.00 | $104,770.61 | $104,770.61 | $104,770.61 |
| 26 | The Cecilian Bank | 4210-000 | $0.00 | $636,050.79 | $608,882.32 | $608,882.32 |
| 27 | The Cecilian Bank | 4110-000 | $0.00 | $1,003,231.60 | $0.00 | $0.00 |
| 28 | The Cecilian Bank | 4210-000 | $0.00 | $29,903.93 | $0.00 | $0.00 |
| 31 | Paragon Facilities Corp | 4210-000 | $0.00 | $358,453.00 | $153,561.27 | $153,561.27 |
| 41 | DE LAGE LANDEN FINANCIAL SERVICES, INC | 4210-000 | $0.00 | $10,477.14 | $0.00 | $0.00 |
| | **TOTAL SECURED** | | **$0.00** | **$2,731,349.33** | **$915,581.50** | **$915,581.50** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Michael E. Wheatley | 2100-000 | NA | $75,473.44 | $75,473.44 | $75,473.44 |
| Trustee, Expenses - Michael E. Wheatley | 2200-000 | NA | $488.35 | $488.35 | $488.35 |
| Accountant for Trustee, Fees - Michael E. Wheatley | 3310-000 | NA | $2,145.00 | $2,145.00 | $2,145.00 |
| Accountant for Trustee, Expenses - Michael E. Wheatley | 3320-000 | NA | $4.00 | $4.00 | $4.00 |
| Auctioneer Fees - Harned Auctioneers, LLC | 3610-000 | NA | $80,238.93 | $80,238.93 | $80,238.93 |
| Auctioneer Expenses - Harned Auctioneers, LLC | 3620-000 | NA | $42,269.66 | $42,269.66 | $42,269.66 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $5,431.00 | $5,431.00 | $5,431.00 |
| Fees, United States Trustee | 2950-000 | NA | $5,200.00 | $325.00 | $325.00 |
| Banking and Technology Service Fee - Mechanics Bank | 2600-000 | NA | $3,019.45 | $3,019.45 | $3,019.45 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $13,873.63 | $13,873.63 | $13,873.63 |
| Other State or Local Taxes (post-petition) - Kentucky State Treasurer | 2820-000 | NA | $175.00 | $175.00 | $175.00 |
| Attorney for Trustee Fees (Other Firm) - Seiller  Waterman, LLP | 3210-000 | NA | $5,782.50 | $5,782.50 | $5,782.50 |
| Attorney for Trustee Fees (Other Firm) - Seiller & Waterman, LLP | 3210-000 | NA | $199,034.50 | $199,034.50 | $199,034.50 |
| Attorney for Trustee Expenses (Other Firm)  - Seiller  Waterman, LLP | 3220-000 | NA | $4,690.58 | $4,690.58 | $4,690.58 |
| Attorney for Trustee Expenses (Other Firm)  - Seiller & Waterman, LLP | 3220-000 | NA | $4,521.01 | $4,521.01 | $4,521.01 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$442,347.05** | **$437,472.05** | **$437,472.05** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P-5 | KENTUCKY DEPARTMENT OF REVENUE LEGAL SUPPORT BRANCH | 5800-000 | $0.00 | $51,283.58 | $51,283.58 | $51,283.58 |
| 16P-6 | Internal Revenue Service | 5800-000 | $0.00 | $156,387.64 | $156,387.64 | $156,387.64 |
| 37-2 | Internal Revenue Service | 5800-000 | $0.00 | $14,998.72 | $14,998.72 | $14,998.72 |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$0.00** | **$222,669.94** | **$222,669.94** | **$222,669.94** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | KENTUCKY DEPARTMENT OF REVENUE LEGAL SUPPORT BRANCH | 7300-000 | NA | $3,940.36 | $3,940.36 | $0.00 |
| 1U-5 | KENTUCKY DEPARTMENT OF REVENUE | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | McGrath RentCorp TRS-Ren Telco | 7100-000 | $0.00 | $70,337.52 | $70,337.52 | $2,949.00 |
| 3 | United States Bankruptcy Court - CNI Services Assignee for CNI Services LLC | 7100-001 | $0.00 | $139,968.09 | $139,968.09 | $5,868.36 |
| 4 | Hinlar Cell Site Services | 7100-000 | $0.00 | $146,074.11 | $0.00 | $0.00 |
| 5 | Waukesha-Pearce Industries, Inc. | 7100-000 | $0.00 | $2,088.94 | $2,088.94 | $87.58 |
| 6 | Enterprise Rent A Car Mary Thomas-Bushyhead | 7100-000 | $0.00 | $12,333.14 | $12,333.14 | $517.08 |
| 7 | Allied Technical Services, Inc Commercial Services Group, Inc as agent | 7100-000 | $0.00 | $4,072.52 | $4,072.52 | $170.75 |
| 8 | Red-D-ARC Welderentals | 7100-000 | $0.00 | $568.29 | $568.29 | $23.83 |
| 9 | Tessco Inc Attn: Kelley Forella | 7100-000 | $0.00 | $42,490.45 | $42,490.45 | $1,781.47 |
| 10 | United States Bankruptcy Court - Prairie Dog Oilfield Services LLC | 7100-001 | $0.00 | $59,121.00 | $59,121.00 | $2,478.73 |
| 11 | The Plate Guy | 7100-000 | $0.00 | $3,944.22 | $3,944.22 | $165.37 |

| 12 | United States Bankruptcy Court - Vertex Financial, Inc. | 7100-001 | $0.00 | $267,810.25 | $267,810.25 | $11,228.32 |
| 13 | Terry-Durin Co | 7100-000 | $0.00 | $10,457.30 | $10,457.30 | $438.44 |
| 14 | Electro Rent Corporation | 7100-000 | $0.00 | $1,214.64 | $1,214.64 | $50.93 |
| 15 | Titan Wireless Communications Consultant | 7100-000 | $0.00 | $8,240.00 | $8,240.00 | $345.47 |
| 16U | Internal Revenue Service | 7300-000 | NA | $63,966.49 | $63,966.49 | $0.00 |
| 17 | Comdata Inc. | 7100-000 | $0.00 | $16,335.10 | $16,335.10 | $684.87 |
| 18 | United Rentals | 7100-000 | $0.00 | $9,906.32 | $9,906.32 | $415.34 |
| 21 | U.S. Bank, N.A. dba U.S. Bank Equipment Finance | 7100-000 | $0.00 | $5,606.21 | $5,606.21 | $235.05 |
| 22 | United States Bankruptcy Court - Louisville Gas & Electric Company | 7100-001 | $0.00 | $3,500.61 | $3,500.61 | $146.77 |
| 29 | United States Bankruptcy Court - NES Rentals | 7100-001 | $0.00 | $2,249.97 | $2,249.97 | $94.33 |
| 30 | FiberTex | 7100-000 | $0.00 | $38,100.00 | $38,100.00 | $1,597.40 |
| 31a | Paragon Facilities Corp | 7100-000 | $0.00 | $204,891.73 | $204,891.73 | $8,590.37 |
| 32 | The Cecilian Bank | 7100-000 | $0.00 | $44,369.67 | $44,369.67 | $1,860.26 |
| 33 | AFL Network Services, Inc. c/o Stites & Harbison PLLC | 7100-000 | $0.00 | $800,000.00 | $800,000.00 | $33,541.12 |
| 35 | Better Metal | 7100-000 | $0.00 | $6,376.21 | $6,376.21 | $267.33 |
| 37U | Internal Revenue Service | 7300-000 | $0.00 | $2,242.68 | $2,242.68 | $0.00 |
| 38 | Rohn Product LLC | 7100-000 | $0.00 | $35,065.52 | $35,065.52 | $1,470.17 |
| 39 | Core Data Comm Inc. | 7100-000 | $0.00 | $7,501.47 | $7,501.47 | $314.51 |

**UST Form 101-7-TDR ( 10 /1/2010)**

| 40 | United States Bankruptcy Court - Skytell Wireless Services | 7100-001 | $0.00 | $2,150.00 | $2,150.00 | $90.14 |
|---|---|---|---|---|---|---|
| 42 | United States Bankruptcy Court - United Supply Service, Inc. | 7100-001 | $0.00 | $3,975.00 | $3,975.00 | $166.66 |
| 43 | United Rentals | 7100-000 | $0.00 | $9,906.32 | $0.00 | $0.00 |
| 44 | Mercer Construction | 7100-000 | $0.00 | $18,260.00 | $18,260.00 | $765.58 |
| 45 | United States Bankruptcy Court - Consolidated Electrical Distributors | 7100-001 | $0.00 | $1,339.02 | $1,339.02 | $56.14 |
| 46 | Fastenal Company | 7100-000 | $0.00 | $1,237.59 | $1,237.59 | $51.89 |
| 47 | Waste Management | 7100-000 | $0.00 | $1,482.34 | $1,482.34 | $62.15 |
| 48-2 | AT&T Services, Inc. c/o Stites & Harbison | 7100-000 | $0.00 | $114,030.63 | $114,030.63 | $4,780.89 |
| 49 | AT&T Mobility II LLC %AT&T SERVICES INC. KAREN A. CAVAGNARO PARALEGAL | 7100-000 | $0.00 | $26,290.71 | $26,290.71 | $1,102.27 |
| 50 | United States Bankruptcy Court - Watford Underground, LLC | 7100-001 | NA | $77,150.00 | $77,150.00 | $3,234.62 |
| 51 | Westfield Insurance | 7100-000 | NA | $24,847.77 | $24,847.77 | $1,041.78 |
| 52 | Small Brothers LLC | 7100-000 | NA | $118,837.83 | $118,837.83 | $4,982.44 |
| 53 | Integration Technologies, LLC Dustin Latham | 7100-000 | NA | $61,400.00 | $61,400.00 | $2,574.28 |
| 54 | Sabre Industries, Inc. c/o Goosmann Law Firm, PLC | 7200-000 | NA | $85,409.92 | $85,409.92 | $0.00 |
| 55 | Whayne Supply Company | 7200-000 | NA | $15,821.83 | $15,821.83 | $0.00 |
| 56 | Shred-It US JV LLC | 7200-000 | NA | $40.00 | $40.00 | $0.00 |

| 57 | Janet Ragland | 7100-000 | NA | $1,661,795.10 | $1,661,795.10 | $69,673.09 |
| 58 | ComStar, LLC | 7100-000 | NA | $27,500.00 | $27,500.00 | $1,152.98 |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$0.00** | **$4,264,246.87** | **$4,108,266.44** | **$165,057.76** |

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page: 1

**Case No.:**   16-31239

**Case Name:**   ALLIANCE MANAGEMENT SERVICES, LLC

**For Period Ending:**   06/30/2021

**Trustee Name:**   (370430) Michael E. Wheatley

**Date Filed (f) or Converted (c):**   08/30/2016 (c)

**§ 341(a) Meeting Date:**   11/15/2016

**Claims Bar Date:**   02/21/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cecilian Bank Checking #0374 | 49,398.83 | 0.00 | | 50,705.53 | FA |
| 2 | Citizens First Bank Checking | 1,257.70 | 0.00 | | 99,334.30 | FA |
| 3 | First National bank checking | 308.58 | 0.00 | | 0.00 | FA |
| 4 | Stock Yards Bank money market | 1,585.78 | 0.00 | | 0.00 | FA |
| 5 | Anthem BCBS unearned premium (u) | 0.00 | 0.00 | | 385.81 | FA |
| 6 | Scrap material (u) | 0.00 | 0.00 | | 307.50 | FA |
| 7* | Accounts Receivable (See Footnote) | 1,609,689.68 | 0.00 | | 301,261.58 | FA |
| 8 | Preference -JD Factors, LLC (u) | 0.00 | 14,800.00 | | 14,800.00 | FA |
| 9 | Preference-Vertex Financial, Inc (u) | 0.00 | 39,666.25 | | 39,666.25 | FA |
| 10* | A/R- AFL Network services Ap 17-03006 (See Footnote) | 0.00 | 625,401.70 | | 280,000.00 | FA |
| 11* | Preference Hinlar Cell Site Services Ap 17-03023 (u) (See Footnote) | 0.00 | 186,728.00 | | 0.00 | FA |
| 12 | Preference JP Morgan Chase AP 17-03024 (u) | 0.00 | 79,956.64 | | 55,969.65 | FA |
| 13 | Preference- Power Proz Construction AP 17-03025 (u) | 0.00 | 61,950.21 | | 22,500.00 | FA |
| 14 | Preference-MC Communications AP 17-03032 (u) | 0.00 | 81,811.50 | | 9,000.00 | FA |
| 15 | Preference- Alpha Telecom Ap 17-03028 (u) | 0.00 | 29,600.00 | | 0.00 | FA |
| 16 | Preference- Moncom LLC Ap 17-03033 (u) | 0.00 | 55,928.76 | | 23,000.00 | FA |
| 17 | Preference- Oklahoma Tower & Energy AP 17-03034 (u) | 0.00 | 145,232.00 | | 19,950.00 | FA |
| 18 | Preference-CNI Services LLC AP 17-03035 (u) | 0.00 | 38,275.00 | | 2,500.00 | FA |
| 19 | Preference-Dolan Directional Drilling AP17-03036 (u) | 0.00 | 141,095.25 | | 50,000.00 | FA |
| 20 | Preference-Triology Tower Services AP 17-03039 (u) | 0.00 | 70,180.00 | | 40,000.00 | FA |
| 21* | Ford Interest Advantage Program (See Footnote) | 1,430.16 | 0.00 | | 0.00 | FA |
| 22* | Rental Deposit (See Footnote) | 12,500.00 | 0.00 | | 0.00 | FA |
| 23 | Consumer Tools and Supplies | 97,500.00 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page: 2

Case No.:   16-31239

Case Name:   ALLIANCE MANAGEMENT SERVICES, LLC

For Period Ending:   06/30/2021

Trustee Name:   (370430) Michael E. Wheatley

Date Filed (f) or Converted (c):   08/30/2016 (c)

§ 341(a) Meeting Date:   11/15/2016

Claims Bar Date:   02/21/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 24 | Warehouse Consumable Materials | 152,053.98 | 0.00 | | 0.00 | FA |
| 25 | Office furniture and equipment | 45,925.00 | 0.00 | | 0.00 | FA |
| 26 | Office fixtures | 25,056.00 | 0.00 | | 0.00 | FA |
| 27 | Vehicles, trucks and trailers | 997,024.00 | 0.00 | | 646,054.24 | FA |
| 28 | 2011 Ford Escape | 4,307.00 | 0.00 | | 3,500.00 | FA |
| 29 | 2013 Dodge Ram 3500 | Unknown | 0.00 | | 0.00 | FA |
| 30 | Other  machinery, fixtures and equipment | 490,863.47 | 0.00 | | 14,485.00 | FA |
| 31 | Crane equipment | 35,287.52 | 0.00 | | 0.00 | FA |
| 32 | 2014 mitsubishi forklift | 21,765.00 | 0.00 | | 14,500.00 | FA |
| 33* | AP 18-03018 preference against Rick Burchett (u) (See Footnote) | 0.00 | 300,000.00 | | 2,827.64 | FA |
| 34 | A/P 18-03019 against Janet Ragland (u) | 0.00 | 31,912.42 | | 17,500.00 | FA |
| 35 | A/P 18-03021 Preference against Comstar, LLC (u) | 0.00 | 45,000.00 | | 17,500.00 | FA |
| 36 | A/P 18-03020 Preference action against DK BAst Foundation (u) | 0.00 | 0.00 | | 15,000.00 | FA |
| 37 | worker comp premium refund (u) | 0.00 | 0.00 | | 33.75 | FA |
| **37** | **Assets Totals (Excluding unknown values)** | **$3,545,952.70** | **$1,947,537.73** | | **$1,740,781.25** | **$0.00** |

RE PROP# 7       fully secured by cecilian bank

RE PROP# 10     Order granting relief from stay to AFL entered on 9.15.2016 [dn  84] .AFL may set off retainage of $435,401.70 pursuant to the Master Services Agreement Number AMS-MSA-092215 dated 9.22.2015.

RE PROP# 11     Order Granting Motion To Vacate Order #84 (Related Doc # 89) Entered on 10/4/2016. (Preston, T) (Entered:10.04.2016

proof of claim Withdrawn per Order approving settlement agreement entered on 07.02.2020 dn  326

RE PROP# 21     fully secured by cecilian bank

RE PROP# 22     fully secured by cecilian bank

RE PROP# 33     Default judgment obtained. executed on bank accounts. subsequently sold judgment to Ragland

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page: 3

Case No.:   16-31239

Case Name:   ALLIANCE MANAGEMENT SERVICES, LLC

For Period Ending:   06/30/2021

Trustee Name:   (370430) Michael E. Wheatley

Date Filed (f) or Converted (c):   08/30/2016 (c)

§ 341(a) Meeting Date:   11/15/2016

Claims Bar Date:   02/21/2017

**Major Activities Affecting Case Closing:**

All A/P's have been settled. I have 3 default judgments and i am in process of marketing them to investors. 2 claims will be objected to.  poc #15 needs to be on acceptable POC form per local rules.
i will be filing estate tax returns shortly.
these are the remaining items to address/resolve before TFR can be filed.
09.17.2020 TFR filed with Court, out on notice for objections to 10.08.2020
08.04.2020 TFR submitted to regional for approval/filing
12.22.2019 email to bordy re:need replacement for $327.64 returned check
12.01.2019 telephone call from ray ragland
10.07.2019 filed motion to employ CPA
08.09.2019 read ragland's email offer to purchase Burchett default judgment
07.24.219 read email from ragland
07.24.219 read email from palumbo re:he declined to offer to purchase judgments
07.23.2019 resent  email to Palumbo
01.29.2019 sent john palumbo default judgment info to see if he wanted to purchase
01.19.2019 processed check from ohio bureau of wc
12.11.2018 cut atty fee award check to SW
10.08.2018 processed check from SW.
09.25.2018 read proposed settlement agreements from Neil re:Janet Ragland & DK Bass
09.12.2018 mtg with Neil, andrew stosberg & janet ragland to resolve AP. mtg successful
08.13.2018 mtg with neil, michael broadrick & debtor at Lloyd & mcdaniels
04.23.2018 cut Neil's interim atty award
04.18.2018 A/P's filed against Burchett & Janice Ragland
02.12.2018 read email from keith larson & then called him to discuss counter to MC communications latest settlement offer
1.26.2018 telephone call with katie bell & follow up email
1.24.2018 telephone call with michael little at IRS and Ray Ragland
10.23.2017 recvd & processed settlement check from JP Morgan Chase
10.11.2017 telephone call with Neil & Keith re: status of pending AP's and offers/counter offers
09.27.2017 telephone call with Neil re:county clerks
09.26.2017 deposited checks
09.22.2017 telephone call with BF Harned
09.21.2017 attended Auction in Leitchfield, ky
09.20.2017 telephne call with BF Harned
08.25.2017 updated status on AP's.
08.25.2017 read order & cut check to Neil
08.16.2017 telephone call with BF. 35 min, 14 sec. discussed auction details
08.10.2017 recvd & processed settlement check from Sabre Industries
08.07.2017 mtg with Billy Frank to sign auction contract & nail down auction details
07.26.2017 read email from neil
07.24.2017 read AFL settlement & release documents
07.07.2017 read email from neil
06.05.2017 read email from neil to chrissie
06.01.2017 read email from neil re:sabre settlement
05.24.2017 read email from neil
05.18.2017 read e re:afl discovery requests
05.11.2017 cc'd on email from neil to chrissie
05.08.2017 cc'd on email from neil to chrissie
04.21.2017 read email from neil
04.20.2017 attended deposition of AFL corporate representative
04.12.2017 tel call with Neil. discussed proposed settlement with paragon & AT&T
03.21.2017 read email from neil
03.17.2017 tel call with Neil re:AFL & AT&T
03.13.2017 read email from neil Re:AT&T setoffs
03.10.2017 tel call with ray ragland
03.09.2017 tel call with ray ragland
02.13.2017 read forwarded email from janet ragland

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page: 4

**Case No.:**   16-31239

**Trustee Name:**   (370430) Michael E. Wheatley

**Case Name:**   ALLIANCE MANAGEMENT SERVICES, LLC

**Date Filed (f) or Converted (c):**   08/30/2016 (c)

**§ 341(a) Meeting Date:**   11/15/2016

**For Period Ending:**   06/30/2021

**Claims Bar Date:**   02/21/2017

01.29.2017 read email from janet ragland with promissory note
01.24.2017 read forwarded email from Janet Ragland
01.11.2017 Read email from janet ragland with attachment (MYCOM invoices)
01.10.2017 tel call with ray ragland 606-316-6632
01.09.2017 tel callwith Billy Frank
01.04.2017 spoke with Neil (AFL tel conversation), Ragland  (set up appt to view vehicles) & left message for Billy frank to call me
12.27.2016 signed settlement agreement and returned to Neil
12.19.2016 rcvd & read proposed AO with Cecilian bank. made some changes & emailed back to neil
12.14.2016 attended hearing
12.13.2016 reached a deal with Cecilian Bank on carve out
11.15.2016 341 mtg
11.02.2016 reviewed updated filed schedules
11.07.0216 email to Neil re:reasons why Cecilian Bank should allow Trustee to liquidate secured assets
11.04.216 telephone call with Neil re:cecilian bank
09.13.216 emailed Offill
09.13.2016 received phone call from Ragland
09.06.216 read email from offill
09.02.2016 email to neil re:coming onboard
09.01.2016 read email from brian polluck
09.01.2016 email to offill
09.01.2016 read email from UST's office (Tyler)

**Initial Projected Date Of Final Report (TFR):**   03/31/2017       **Current Projected Date Of Final Report (TFR):**   09/17/2020 (Actual)

# Form 2

**Exhibit 9**

## Cash Receipts And Disbursements Record

Page: 1

| | | |
|---|---|---|
| **Case No.:** | 16-31239 | |
| **Case Name:** | ALLIANCE MANAGEMENT SERVICES, LLC | |
| **Taxpayer ID #:** | **-***6422 | |
| **For Period Ending:** | 06/30/2021 | |

| | |
|---|---|
| **Trustee Name:** | Michael E. Wheatley (370430) |
| **Bank Name:** | Mechanics Bank |
| **Account #:** | ******4666 Checking Account |
| **Blanket Bond (per case limit):** | $4,700,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/12/16 | {1} | Alliance Management Sevices, LLC | balance in The Cecilian bank chking acct | 1129-000 | 50,705.53 | | 50,705.53 |
| 09/12/16 | {2} | Alliance Management Services | Citizens first DIP chking account | 1129-000 | 99,334.30 | | 150,039.83 |
| 09/29/16 | {5} | Anthem BCBS | return of premium | 1229-000 | 322.06 | | 150,361.89 |
| 09/29/16 | {6} | River Metals Recycling LLC | Scrap income | 1229-000 | 307.50 | | 150,669.39 |
| 09/29/16 | {5} | Anthem BCBS | refund | 1229-000 | 63.75 | | 150,733.14 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 121.95 | 150,611.19 |
| 10/04/16 | {7} | Ericsson Inc | accounts receivable | 1129-000 | 7,570.67 | | 158,181.86 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 215.25 | 157,966.61 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 241.71 | 157,724.90 |
| 12/05/16 | {7} | Susquehanna Commercail Finance | 2:15-cv-2977 settlement | 1129-000 | 38.36 | | 157,763.26 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 226.28 | 157,536.98 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 241.65 | 157,295.33 |
| 02/07/17 | 101 | The Cecilian Bank | Per Order entered 01.31.2017 [dn 155] | | | 132,039.03 | 25,256.30 |
| | | The Cecilian Bank | receivables                          $104,770.61 | 4210-000 | | | |
| | | The Cecilian Bank | receivables                          $27,268.42 | 4210-000 | | | |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 204.83 | 25,051.47 |
| 03/28/17 | 102 | Seiller & Waterman, LLP | partial payment per Order entered 3.20.2017 [dn 169] | 3210-000 | | 18,000.00 | 7,051.47 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.50 | 7,015.97 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 7,005.97 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.08 | 6,994.89 |
| 06/13/17 | {8} | JD Factors, LLC | Order Granting Motion for Settlement Agreement (Related Doc # 217) Entered on 9/5/2017. | 1241-000 | 14,800.00 | | 21,794.89 |
| 06/19/17 | | Beasley Allen | Adjustment to credit RDC deposit error | 1290-000 | 169,201.89 | | 190,996.78 |
| 06/19/17 | | Beasley Allen | Adjustment to credit RDC deposit Error | 1290-000 | 89,080.74 | | 280,077.52 |
| 06/20/17 | 103 | Bankruptcy Estate of Cindy Sims | to correct deposit error on 6.19.2017 | 1290-000 | -169,201.89 | | 110,875.63 |
| 06/20/17 | 104 | Bankruptcy Estate of Cindy Sims | to correct deposit error on 6.19.2017 | 1290-000 | -89,080.74 | | 21,794.89 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.50 | 21,760.39 |
| 07/27/17 | {9} | Vertex Financial, Inc. | Order Granting Motion for Settlement Agreement (Related Doc # 206) Entered on 8/25/2017. | 1241-000 | 39,666.25 | | 61,426.64 |

| | | |
|---|---|---|
| **Page Subtotals:** | **$212,808.42** | **$151,381.78** |

# Form 2

Exhibit 9

## Cash Receipts And Disbursements Record

Page: 2

| Case No.: | 16-31239 | Trustee Name: | Michael E. Wheatley (370430) |
|---|---|---|---|
| Case Name: | ALLIANCE MANAGEMENT SERVICES, LLC | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***6422 | Account #: | ******4666 Checking Account |
| For Period Ending: | 06/30/2021 | Blanket Bond (per case limit): | $4,700,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.05 | 61,392.59 |
| 08/01/17 | {10} | AFL Network Services, Inc. | settlement proceeds per Order entered 8.28.2017 [dn 31] in AP 17-03006 | 1121-000 | 280,000.00 | | 341,392.59 |
| 08/10/17 | {7} | Sabre Industries | Order Granting Motion for Settlement Agreement (Related Doc # 207) Entered on 8/25/2017. | 1129-000 | 49,700.00 | | 391,092.59 |
| 08/25/17 | 105 | Seiller & Waterman, LLP | balance of payment per Order entered 3.20.2017 [dn 169] | | | 11,904.91 | 379,187.68 |
| | | | Reimbursement of atty expenses $465.41 | 3220-000 | | | |
| | | | Atty fee Award $11,439.50 | 3210-000 | | | |
| 08/25/17 | 106 | Seiller & Waterman, LLP | interim fee award per Order entered 8.25.2017 [dn 226] | | | 73,646.60 | 305,541.08 |
| | | | Reimbursement of atty expenses $3,864.60 | 3220-000 | | | |
| | | | Atty fee award $69,782.00 | 3210-000 | | | |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 545.81 | 304,995.27 |
| 09/25/17 | {17} | DB Squared, Inc. | settlement of AP 17-03034 per Order entered 9.15.2017 [dn 24} | 1241-000 | 19,950.00 | | 324,945.27 |
| 09/25/17 | | AT&T | Settlement per Order entered 8.28.2017 [dn 73] in AP 16-03088 | | 90,391.28 | | 415,336.55 |
| | {7} | | gross settlement per Order Granting Motion for Settlement Agreement entered 8.28.2017 [dn 73] in AP 16-03088 $243,952.55 | 1129-000 | | | |
| | | Paragon Facilities Corp | gross settlement per Order Granting Motion for Settlement Agreement entered 8.28.2017 [dn 73] in AP 16-03088 -$153,561.27 | 4210-000 | | | |
| 09/25/17 | {20} | Seeds Financial, LLC | settlement per Order entered 10.20.2017 [dn 14] in AP 17-03039 | 1241-000 | 40,000.00 | | 455,336.55 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 452.89 | 454,883.66 |
| 10/23/17 | {12} | JP Morgan Chase | settlement proceeds per Order entered 9.13.2017 [dn 15] in AP 17-03024 | 1241-000 | 55,969.65 | | 510,853.31 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 719.36 | 510,133.95 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 733.75 | 509,400.20 |
| 12/06/17 | {19} | American Factors Corporation | Settlement per AP 17-03036 Order entered 12.20.2017 [dn 18] | 1241-000 | 50,000.00 | | 559,400.20 |
| 12/06/17 | {18} | American Factors Corp | Settlement per AP 17-03035 Order entered 12.20.2017 [dn 15] | 1241-000 | 2,500.00 | | 561,900.20 |

Page Subtotals:     $588,510.93     $88,037.37

# Form 2

**Exhibit 9**

## Cash Receipts And Disbursements Record

Page: 3

| | | |
|---|---|---|
| Case No.: | 16-31239 | |
| Case Name: | ALLIANCE MANAGEMENT SERVICES, LLC | |
| Taxpayer ID #: | **-***6422 | |
| For Period Ending: | 06/30/2021 | |

| | |
|---|---|
| Trustee Name: | Michael E. Wheatley (370430) |
| Bank Name: | Mechanics Bank |
| Account #: | ******4666 Checking Account |
| Blanket Bond (per case limit): | $4,700,000.00 |
| Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/11/17 | {16} | Moncom LLC | settlement proceeds per Order entered 12.19.2017 [dn 22] in AP 17-03033 | 1241-000 | 17,500.00 | | 579,400.20 |
| 12/11/17 | | Harned Auctioneers, LLC | auction proceeds per order of confirmation entered 12.05.2017 [dn 256] | | 653,318.02 | | 1,232,718.22 |
| | {32} | | Per Order Granting Motion to Confirm Sale (Related Doc # 244) Entered on 12/5/2017 $14,500.00 | 1129-000 | | | |
| | | | Trustee authorized expenses paid from auctioneer's escrow account -$25,221.22 | 3620-000 | | | |
| | {28} | | Per Order Granting Motion to Confirm Sale (Related Doc # 244) Entered on 12/5/2017 $3,500.00 | 1129-000 | | | |
| | {30} | | Per Order Granting Motion to Confirm Sale (Related Doc # 244) Entered on 12/5/2017 $14,485.00 | 1129-000 | | | |
| | {27} | | Per Order Granting Motion to Confirm Sale (Related Doc # 244) Entered on 12/5/2017 $646,054.24 | 1129-000 | | | |
| 12/26/17 | 107 | Seiller & Waterman, LLP | interim fee award per Order entered 12.22.2017 [dn 259] | 3210-000 | | 52,852.00 | 1,179,866.22 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,345.09 | 1,178,521.13 |
| 01/02/18 | 108 | Harned Auctioneers, LLC | Payment per Order confirming sale entered 12.05.2017 [dn 256] | | | 97,287.37 | 1,081,233.76 |
| | | | Auctioneer Fees $80,238.93 | 3610-000 | | | |
| | | | auctioneer Expenses $17,048.44 | 3620-000 | | | |
| 01/29/18 | {13} | Power Proz Construction, LLC | settlement of AP 17-03025 per Order entered 2.07.2018 [dn 267] | 1241-000 | 22,500.00 | | 1,103,733.76 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,773.51 | 1,101,960.25 |
| 02/05/18 | {16} | Jencks & Jencks PC | (final installment) settlement proceeds per Order entered 12.19.2017 [dn 22] in AP 17-03033 | 1241-000 | 5,500.00 | | 1,107,460.25 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,485.40 | 1,105,974.85 |
| 03/17/18 | 109 | The Cecilian Bank | Per Order entered  03.16.2018 [dn 274] | 4210-000 | | 608,882.32 | 497,092.53 |
| 03/17/18 | 110 | Chrysler Capital | Payment per Order entered 12.13.2017 [dn 258] | 4210-000 | | 21,098.88 | 475,993.65 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,590.78 | 474,402.87 |
| 04/23/18 | 111 | Seiller & Waterman, LLP | 4th interim fee award per Order entered  4.23.2018 [dn 286] | 3210-000 | | 17,313.50 | 457,089.37 |

**Page Subtotals:** **$698,818.02** **$803,628.85**

# Form 2

**Exhibit 9**

## Cash Receipts And Disbursements Record

Page: 4

| Case No.: | 16-31239 | Trustee Name: | Michael E. Wheatley (370430) |
|---|---|---|---|
| Case Name: | ALLIANCE MANAGEMENT SERVICES, LLC | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***6422 | Account #: | ******4666 Checking Account |
| For Period Ending: | 06/30/2021 | Blanket Bond (per case limit): | $4,700,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 746.36 | 456,343.01 |
| 05/17/18 | 112 | Michael E. Wheatley | interim trustee compensation per order entered 5.17.2018 [dn 289] | 2100-000 | | 69,010.76 | 387,332.25 |
| 05/21/18 | {14} | John Miraglia | partial payment per order of settlement entered 4.4.2018  [dn 49] AP 17-03032 | 1241-000 | 4,500.00 | | 391,832.25 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 691.16 | 391,141.09 |
| 06/06/18 | {14} | MC Communication  LLC | payment per Order entered 4.04.2018 dn 49 in AP17-03032 | 1241-000 | 4,500.00 | | 395,641.09 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 548.80 | 395,092.29 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 606.16 | 394,486.13 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 586.32 | 393,899.81 |
| 09/12/18 | {34} | Comstar LLC | per settlement Order entered 10.092018 [dn 23] in AP 18-3021 | 1241-000 | 10,000.00 | | 403,899.81 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 306.55 | 403,593.26 |
| 10/07/18 | {33} | Seiller Waterman | seized funds from burchett bank | 1241-000 | 327.64 | | 403,920.90 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 364.89 | 403,556.01 |
| 11/05/18 | {35} | Comstar, LLC | per settlement Order entered 10.092018 [dn 23] in AP 18-3021 | 1241-000 | 10,000.00 | | 413,556.01 |
| 11/05/18 | {34} | Janet Ragland | per settlement Order entered 10.232018 [dn 23] in AP 18-3019 | 1241-000 | 7,500.00 | | 421,056.01 |
| 11/05/18 | {36} | DK Bast Foundation Service, LLC | per settlement Order entered 10.25.18 [dn 25] in AP 18-3020 | 1242-000 | 15,000.00 | | 436,056.01 |
| 12/11/18 | 113 | Seiller & Waterman, LLP | 5th interim fee award per Order entered  12.07.2018 [dn 298] | | | 27,062.50 | 408,993.51 |
| | | | Atty fee award $27,052.50 | 3210-000 | | | |
| | | | reimbursement of expenses $10.00 | 3220-000 | | | |
| 12/22/18 | {35} | Comstar, LLC | per settlement Order entered 10.092018 [dn 23] in AP 18-3021 | 1241-000 | 7,500.00 | | 416,493.51 |
| 01/19/19 | {37} | The Ohio Bureau of Workers Compensation | Employer premium refund | 1229-000 | 33.75 | | 416,527.26 |
| 12/21/19 | 114 | Seiller & Waterman, LLP | Per Order Granting Application For Compensation entered 12.18.2019 [dn 309] | | | 2,776.00 | 413,751.26 |
| | | | Attorney fee award $2,595.00 | 3210-000 | | | |
| | | | reimbursement of Atty expenses $181.00 | 3220-000 | | | |
| 01/10/20 | {33} | Seiller  Waterman, LLP | replaces NSF check | 1241-000 | 327.64 | | 414,078.90 |
| 03/21/20 | {33} | Shea Michael Vaughan | purchase of default judgment per Order entered 12.12.2019 [dn 308] | 1241-000 | 2,500.00 | | 416,578.90 |

**Page Subtotals:** $62,189.03    $102,699.50

# Form 2

**Exhibit 9**

## Cash Receipts And Disbursements Record

Page: 5

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No.:** | 16-31239 | | **Trustee Name:** | Michael E. Wheatley (370430) | | |
| **Case Name:** | ALLIANCE MANAGEMENT SERVICES, LLC | | **Bank Name:** | Mechanics Bank | | |
| **Taxpayer ID #:** | **-***6422 | | **Account #:** | ******4666 Checking Account | | |
| **For Period Ending:** | 06/30/2021 | | **Blanket Bond (per case limit):** | $4,700,000.00 | | |
| | | | **Separate Bond (if applicable):** | N/A | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/31/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 331.72 | 416,247.18 |
| 04/30/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 664.78 | 415,582.40 |
| 05/14/20 | 115 | Kentucky State Treasurer | LLET Tax liability for State estate tax return per Order entered 05.14.2020 [dn 322] | 2820-000 | | 175.00 | 415,407.40 |
| 05/15/20 | 116 | Michael E. Wheatley | payment per Order entered 05.15.2020 [dn  323] | | | 2,149.00 | 413,258.40 |
| | | | Accountant fee $2,145.00 | 3310-000 | | | |
| | | | Accountant expense $4.00 | 3320-000 | | | |
| 05/29/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 640.25 | 412,618.15 |
| 06/30/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 702.91 | 411,915.24 |
| 07/29/20 | 117 | Seiller  Waterman, LLP | final atty fee award per Order entered 7.29.2020 [dn 329] | | | 10,473.08 | 401,442.16 |
| | | | atty fees $5,782.50 | 3210-000 | | | |
| | | | reimbursement of atty expenses $4,690.58 | 3220-000 | | | |
| 07/31/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 679.79 | 400,762.37 |
| 08/04/20 | {33} | Seiller Waterman | Deposit Reversal: seized funds from burchett bank | 1241-000 | -327.64 | | 400,434.73 |
| 11/05/20 | 118 | Michael E. Wheatley | Combined trustee compensation & expense dividend payments. | | | 6,951.03 | 393,483.70 |
| | | Michael E. Wheatley | Claims Distribution - Tue, 08-04-2020 $6,462.68 | 2100-000 | | | |
| | | Michael E. Wheatley | Claims Distribution - Tue, 08-04-2020 $488.35 | 2200-000 | | | |
| 11/05/20 | 119 | Office of the U.S. Trustee (ADMINISTRATIVE) | Distribution payment - Dividend paid at 100.00% of $325.00; Claim # 36; Filed: $325.00 | 2950-000 | | 325.00 | 393,158.70 |
| 11/05/20 | 120 | United States Bankruptcy Court | Distribution payment - Dividend paid at 100.00% of $5,431.00; Claim # 59; Filed: $5,431.00 | 2700-000 | | 5,431.00 | 387,727.70 |
| 11/05/20 | 121 | KENTUCKY DEPARTMENT OF REVENUE LEGAL SUPPORT BRANCH | Distribution payment - Dividend paid at 100.00% of $51,283.58; Claim # 1P-5; Filed: $51,283.58 | 5800-000 | | 51,283.58 | 336,444.12 |
| 11/05/20 | 122 | Internal Revenue Service | Distribution payment - Dividend paid at 100.00% of $156,387.64; Claim # 16P-6; Filed: $156,387.64 | 5800-000 | | 156,387.64 | 180,056.48 |
| 11/05/20 | 123 | Internal Revenue Service | Distribution payment - Dividend paid at 100.00% of $14,998.72; Claim # 37-2; Filed: $14,998.72 | 5800-000 | | 14,998.72 | 165,057.76 |
| 11/05/20 | 124 | McGrath RentCorp TRS-Ren Telco | Distribution payment - Dividend paid at 4.19% of $70,337.52; Claim # 2; Filed: $70,337.52 | 7100-000 | | 2,949.00 | 162,108.76 |

**Page Subtotals:** -$327.64  $254,142.50

## Form 2

Exhibit 9

### Cash Receipts And Disbursements Record

Page: 6

| | | |
|---|---|---|
| **Case No.:** | 16-31239 | |
| **Case Name:** | ALLIANCE MANAGEMENT SERVICES, LLC | |
| **Taxpayer ID #:** | **-***6422 | |
| **For Period Ending:** | 06/30/2021 | |

| | |
|---|---|
| **Trustee Name:** | Michael E. Wheatley (370430) |
| **Bank Name:** | Mechanics Bank |
| **Account #:** | ******4666 Checking Account |
| **Blanket Bond (per case limit):** | $4,700,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/05/20 | 125 | CNI Services Assignee for CNI Services LLC | Distribution payment - Dividend paid at 4.19% of $139,968.09; Claim # 3; Filed: $139,968.09 Stopped on 05/24/2021 | 7100-005 | | 5,868.36 | 156,240.40 |
| 11/05/20 | 126 | Waukesha-Pearce Industries, Inc. | Distribution payment - Dividend paid at 4.19% of $2,088.94; Claim # 5; Filed: $2,088.94 | 7100-000 | | 87.58 | 156,152.82 |
| 11/05/20 | 127 | Enterprise Rent A Car Mary Thomas-Bushyhead | Distribution payment - Dividend paid at 4.19% of $12,333.14; Claim # 6; Filed: $12,333.14 | 7100-000 | | 517.08 | 155,635.74 |
| 11/05/20 | 128 | Allied Technical Services, Inc Commercial Services Group, Inc as agent | Distribution payment - Dividend paid at 4.19% of $4,072.52; Claim # 7; Filed: $4,072.52 | 7100-000 | | 170.75 | 155,464.99 |
| 11/05/20 | 129 | Red-D-ARC Welderentals | Distribution payment - Dividend paid at 4.19% of $568.29; Claim # 8; Filed: $568.29 | 7100-000 | | 23.83 | 155,441.16 |
| 11/05/20 | 130 | Tessco Inc Attn: Kelley Forella | Distribution payment - Dividend paid at 4.19% of $42,490.45; Claim # 9; Filed: $42,490.45 | 7100-000 | | 1,781.47 | 153,659.69 |
| 11/05/20 | 131 | Prairie Dog Oilfield Services LLC | Distribution payment - Dividend paid at 4.19% of $59,121.00; Claim # 10; Filed: $59,121.00 Stopped on 05/24/2021 | 7100-005 | | 2,478.73 | 151,180.96 |
| 11/05/20 | 132 | The Plate Guy | Distribution payment - Dividend paid at 4.19% of $3,944.22; Claim # 11; Filed: $3,944.22 | 7100-000 | | 165.37 | 151,015.59 |
| 11/05/20 | 133 | Vertex Financial, Inc. | Distribution payment - Dividend paid at 4.19% of $267,810.25; Claim # 12; Filed: $267,810.25 Stopped on 05/24/2021 | 7100-005 | | 11,228.32 | 139,787.27 |
| 11/05/20 | 134 | Terry-Durin Co | Distribution payment - Dividend paid at 4.19% of $10,457.30; Claim # 13; Filed: $10,457.30 | 7100-000 | | 438.44 | 139,348.83 |
| 11/05/20 | 135 | Electro Rent Corporation | Distribution payment - Dividend paid at 4.19% of $1,214.64; Claim # 14; Filed: $1,214.64 | 7100-000 | | 50.93 | 139,297.90 |
| 11/05/20 | 136 | Titan Wireless Communications Consultant | Distribution payment - Dividend paid at 4.19% of $8,240.00; Claim # 15; Filed: $8,240.00 | 7100-000 | | 345.47 | 138,952.43 |
| 11/05/20 | 137 | Comdata Inc. | Distribution payment - Dividend paid at 4.19% of $16,335.10; Claim # 17; Filed: $16,335.10 | 7100-000 | | 684.87 | 138,267.56 |
| 11/05/20 | 138 | United Rentals | Distribution payment - Dividend paid at 4.19% of $9,906.32; Claim # 18; Filed: $9,906.32 | 7100-000 | | 415.34 | 137,852.22 |
| 11/05/20 | 139 | U.S. Bank, N.A. dba U.S. Bank Equipment Finance | Distribution payment - Dividend paid at 4.19% of $5,606.21; Claim # 21; Filed: $5,606.21 | 7100-000 | | 235.05 | 137,617.17 |
| 11/05/20 | 140 | Louisville Gas & Electric Company | Distribution payment - Dividend paid at 4.19% of $3,500.61; Claim # 22; Filed: $3,500.61 Stopped on 05/24/2021 | 7100-005 | | 146.77 | 137,470.40 |
| 11/05/20 | 141 | NES Rentals | Distribution payment - Dividend paid at 4.19% of $2,249.97; Claim # 29; Filed: $2,249.97 Stopped on 05/24/2021 | 7100-005 | | 94.33 | 137,376.07 |
| 11/05/20 | 142 | FiberTex | Distribution payment - Dividend paid at 4.19% of $38,100.00; Claim # 30; Filed: $38,100.00 | 7100-000 | | 1,597.40 | 135,778.67 |

|  | Page Subtotals: | $0.00 | $26,330.09 |
|---|---|---|---|

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 7

| Case No.: | 16-31239 | Trustee Name: | Michael E. Wheatley (370430) |
|---|---|---|---|
| Case Name: | ALLIANCE MANAGEMENT SERVICES, LLC | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***6422 | Account #: | ******4666 Checking Account |
| For Period Ending: | 06/30/2021 | Blanket Bond (per case limit): | $4,700,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/05/20 | 143 | Paragon Facilities Corp | Distribution payment - Dividend paid at 4.19% of $204,891.73; Claim # 31a; Filed: $204,891.73 | 7100-000 | | 8,590.37 | 127,188.30 |
| 11/05/20 | 144 | The Cecilian Bank | Distribution payment - Dividend paid at 4.19% of $44,369.67; Claim # 32; Filed: $44,369.67 | 7100-000 | | 1,860.26 | 125,328.04 |
| 11/05/20 | 145 | AFL Network Services, Inc. c/o Stites & Harbison PLLC | Distribution payment - Dividend paid at 4.19% of $800,000.00; Claim # 33; Filed: $800,000.00 | 7100-000 | | 33,541.12 | 91,786.92 |
| 11/05/20 | 146 | Better Metal | Distribution payment - Dividend paid at 4.19% of $6,376.21; Claim # 35; Filed: $6,376.21 | 7100-000 | | 267.33 | 91,519.59 |
| 11/05/20 | 147 | Rohn Product LLC | Distribution payment - Dividend paid at 4.19% of $35,065.52; Claim # 38; Filed: $35,065.52 | 7100-000 | | 1,470.17 | 90,049.42 |
| 11/05/20 | 148 | Core Data Comm Inc. | Distribution payment - Dividend paid at 4.19% of $7,501.47; Claim # 39; Filed: $7,501.47 | 7100-000 | | 314.51 | 89,734.91 |
| 11/05/20 | 149 | Skytell Wireless Services | Distribution payment - Dividend paid at 4.19% of $2,150.00; Claim # 40; Filed: $2,150.00 Stopped on 05/24/2021 | 7100-005 | | 90.14 | 89,644.77 |
| 11/05/20 | 150 | United Supply Service, Inc. | Distribution payment - Dividend paid at 4.19% of $3,975.00; Claim # 42; Filed: $3,975.00 Stopped on 05/24/2021 | 7100-005 | | 166.66 | 89,478.11 |
| 11/05/20 | 151 | Mercer Construction | Distribution payment - Dividend paid at 4.19% of $18,260.00; Claim # 44; Filed: $18,260.00 | 7100-000 | | 765.58 | 88,712.53 |
| 11/05/20 | 152 | Consolidated Electrical Distributors | Distribution payment - Dividend paid at 4.19% of $1,339.02; Claim # 45; Filed: $1,339.02 Stopped on 05/24/2021 | 7100-005 | | 56.14 | 88,656.39 |
| 11/05/20 | 153 | Fastenal Company | Distribution payment - Dividend paid at 4.19% of $1,237.59; Claim # 46; Filed: $1,237.59 | 7100-000 | | 51.89 | 88,604.50 |
| 11/05/20 | 154 | Waste Management | Distribution payment - Dividend paid at 4.19% of $1,482.34; Claim # 47; Filed: $1,482.34 | 7100-000 | | 62.15 | 88,542.35 |
| 11/05/20 | 155 | AT&T Services, Inc. c/o Stites & Harbison | Distribution payment - Dividend paid at 4.19% of $114,030.63; Claim # 48-2; Filed: $114,030.63 | 7100-000 | | 4,780.89 | 83,761.46 |
| 11/05/20 | 156 | AT&T Mobility II LLC %AT&T SERVICES INC. KAREN A. CAVAGNARO PARALEGAL | Distribution payment - Dividend paid at 4.19% of $26,290.71; Claim # 49; Filed: $26,290.71 | 7100-000 | | 1,102.27 | 82,659.19 |
| 11/05/20 | 157 | Watford Underground, LLC | Distribution payment - Dividend paid at 4.19% of $77,150.00; Claim # 50; Filed: $77,150.00 Stopped on 05/24/2021 | 7100-005 | | 3,234.62 | 79,424.57 |
| 11/05/20 | 158 | Westfield Insurance | Distribution payment - Dividend paid at 4.19% of $24,847.77; Claim # 51; Filed: $24,847.77 | 7100-000 | | 1,041.78 | 78,382.79 |
| 11/05/20 | 159 | Small Brothers LLC | Distribution payment - Dividend paid at 4.19% of $118,837.83; Claim # 52; Filed: $118,837.83 | 7100-000 | | 4,982.44 | 73,400.35 |
| 11/05/20 | 160 | Integration Technologies, LLC Dustin Latham | Distribution payment - Dividend paid at 4.19% of $61,400.00; Claim # 53; Filed: $61,400.00 | 7100-000 | | 2,574.28 | 70,826.07 |
| 11/05/20 | 161 | Janet Ragland | Distribution payment - Dividend paid at 4.19% of $1,661,795.10; Claim # 57; Filed: $1,661,795.10 | 7100-000 | | 69,673.09 | 1,152.98 |

| | Page Subtotals: | $0.00 | $134,625.69 |
|---|---|---|---|

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 8

| Case No.: | 16-31239 | Trustee Name: | Michael E. Wheatley (370430) |
|---|---|---|---|
| Case Name: | ALLIANCE MANAGEMENT SERVICES, LLC | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***6422 | Account #: | ******4666 Checking Account |
| For Period Ending: | 06/30/2021 | Blanket Bond (per case limit): | $4,700,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/05/20 | 162 | ComStar, LLC | Distribution payment - Dividend paid at 4.19% of $27,500.00; Claim # 58; Filed: $27,500.00 | 7100-000 | | 1,152.98 | 0.00 |
| 05/24/21 | 125 | CNI Services Assignee for CNI Services LLC | Distribution payment - Dividend paid at 4.19% of $139,968.09; Claim # 3; Filed: $139,968.09 Stopped: check issued on 11/05/2020 | 7100-005 | | -5,868.36 | 5,868.36 |
| 05/24/21 | 131 | Prairie Dog Oilfield Services LLC | Distribution payment - Dividend paid at 4.19% of $59,121.00; Claim # 10; Filed: $59,121.00 Stopped: check issued on 11/05/2020 | 7100-005 | | -2,478.73 | 8,347.09 |
| 05/24/21 | 133 | Vertex Financial, Inc. | Distribution payment - Dividend paid at 4.19% of $267,810.25; Claim # 12; Filed: $267,810.25 Stopped: check issued on 11/05/2020 | 7100-005 | | -11,228.32 | 19,575.41 |
| 05/24/21 | 140 | Louisville Gas & Electric Company | Distribution payment - Dividend paid at 4.19% of $3,500.61; Claim # 22; Filed: $3,500.61 Stopped: check issued on 11/05/2020 | 7100-005 | | -146.77 | 19,722.18 |
| 05/24/21 | 141 | NES Rentals | Distribution payment - Dividend paid at 4.19% of $2,249.97; Claim # 29; Filed: $2,249.97 Stopped: check issued on 11/05/2020 | 7100-005 | | -94.33 | 19,816.51 |
| 05/24/21 | 149 | Skytell Wireless Services | Distribution payment - Dividend paid at 4.19% of $2,150.00; Claim # 40; Filed: $2,150.00 Stopped: check issued on 11/05/2020 | 7100-005 | | -90.14 | 19,906.65 |
| 05/24/21 | 150 | United Supply Service, Inc. | Distribution payment - Dividend paid at 4.19% of $3,975.00; Claim # 42; Filed: $3,975.00 Stopped: check issued on 11/05/2020 | 7100-005 | | -166.66 | 20,073.31 |
| 05/24/21 | 152 | Consolidated Electrical Distributors | Distribution payment - Dividend paid at 4.19% of $1,339.02; Claim # 45; Filed: $1,339.02 Stopped: check issued on 11/05/2020 | 7100-005 | | -56.14 | 20,129.45 |
| 05/24/21 | 157 | Watford Underground, LLC | Distribution payment - Dividend paid at 4.19% of $77,150.00; Claim # 50; Filed: $77,150.00 Stopped: check issued on 11/05/2020 | 7100-005 | | -3,234.62 | 23,364.07 |
| 05/24/21 | | Transition Transfer Debit | Transition Transfer Debit to TriState Capital Bank account 3336 | 9999-000 | | 23,364.07 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 1,561,998.76 | 1,561,998.76 | $0.00 |
| Less: Bank Transfers/CDs | | 0.00 | 23,364.07 | |
| Subtotal | | 1,561,998.76 | 1,538,634.69 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $1,561,998.76 | $1,538,634.69 | |

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 9

| Case No.: | 16-31239 | Trustee Name: | Michael E. Wheatley (370430) |
|---|---|---|---|
| Case Name: | ALLIANCE MANAGEMENT SERVICES, LLC | Bank Name: | TriState Capital Bank |
| Taxpayer ID #: | **-***6422 | Account #: | ******3336 Checking |
| For Period Ending: | 06/30/2021 | Blanket Bond (per case limit): | $4,700,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/24/21 | | Transition Transfer Credit | Transition Transfer Credit from Mechanics Bank account 4666 | 9999-000 | 23,364.07 | | 23,364.07 |
| 05/25/21 | 10001 | United States Bankruptcy Court | Unclaimed dividend checks | | | 23,364.07 | 0.00 |
| | | CNI Services Assignee for CNI Services LLC | Unclaimed funds $5,868.36 | 7100-001 | | | |
| | | Prairie Dog Oilfield Services LLC | Unclaimed funds $2,478.73 | 7100-001 | | | |
| | | Vertex Financial, Inc. | Unclaimed funds $11,228.32 | 7100-001 | | | |
| | | Louisville Gas & Electric Company | Unclaimed funds $146.77 | 7100-001 | | | |
| | | NES Rentals | Unclaimed funds $94.33 | 7100-001 | | | |
| | | Skytell Wireless Services | Unclaimed funds $90.14 | 7100-001 | | | |
| | | United Supply Service, Inc. | Unclaimed funds $166.66 | 7100-001 | | | |
| | | Consolidated Electrical Distributors | Unclaimed funds $56.14 | 7100-001 | | | |
| | | Watford Underground, LLC | Unclaimed funds $3,234.62 | 7100-001 | | | |

|  | | | | |
|---|---|---|---|---|
| COLUMN TOTALS | | | 23,364.07 | 23,364.07 | $0.00 |
| | Less: Bank Transfers/CDs | | 23,364.07 | 0.00 | |
| Subtotal | | | 0.00 | 23,364.07 | |
| | Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | | $0.00 | $23,364.07 | |

## Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page:   10

| | |
|---|---|
| **Case No.:** | 16-31239 |
| **Case Name:** | ALLIANCE MANAGEMENT SERVICES, LLC |
| **Taxpayer ID #:** | **-***6422 |
| **For Period Ending:** | 06/30/2021 |

| | |
|---|---|
| **Trustee Name:** | Michael E. Wheatley (370430) |
| **Bank Name:** | TriState Capital Bank |
| **Account #:** | ******3336 Checking |
| **Blanket Bond (per case limit):** | $4,700,000.00 |
| **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******4666 Checking Account | $1,561,998.76 | $1,538,634.69 | $0.00 |
| ******3336 Checking | $0.00 | $23,364.07 | $0.00 |
| | **$1,561,998.76** | **$1,561,998.76** | **$0.00** |